W. MERLE SMITH, Respondent, v. J. ALLEN FUSCA, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Hayes National Bank* v. *Chynoweth* (235 App. Div. 890). All concur. (The order denies defendant's motion to bring in a party defendant in an action by an assignee to recover

the amount due on a note.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.